IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Tiara Scotland and Janaya Outerbridge,** **Individually, and on Behalf of Others Similarly Situated**, )<br>)<br>)<br>)<br>Plaintiffs, )<br>v. )<br>**SH Restaurant, Inc., d/b/a Cedar Park Café**, )<br>)<br>)<br>Defendants. )<br>) | Civil Action No.: 17-cv-5561-JD<br><br>**Honorable Jan E. Dubois** |

### CONSENT MOTION FOR COLLECTIVE CERTIFICATION AND APPROVAL OF SETTLEMENT

COME NOW Plaintiffs **Tiara Scotland**, and **Janaya Outerbridge**, on behalf of themselves and similarly situated (collectively the "Plaintiffs") and with the consent of Defendant **SH Restaurant, Inc., d/b/a Cedar Park Café** ("Defendant" or "Cedar Park Café") (Plaintiffs and Defendant collectively "the Parties"), by and through their undersigned attorneys of record, and respectfully file this Motion for Collective Certification and Approval of Settlement (the "Motion") requesting that the Court approve the Parties' proposed settlement and dismiss this case with prejudice. The Motion is based upon the proposed Settlement Agreement, attached as **Ex. 1** hereto, and all the files, records and proceedings herein. A copy of fully executed Settlement Agreement by the Parties is attached hereto as **Ex. 2**.

The Plaintiffs submit that the settlement term set forth in the Settlement Agreement is fair and reasonable and that no hearing before the Court is needed or requested. As a result, the Plaintiffs respectfully request that the Court grant the collective certification for settlement purposes, approve the Settlement Agreement, allow the Notice of Settlement and Claim Form, which are attached as **Ex. A** and **Ex. B** to the Settlement Agreement, to be sent to each collective

1

member, and dismiss this action with prejudice, with each side to bear their own costs, expenses, and attorneys' fees, except as otherwise provided in the Parties' executed Settlement Agreement. To further support the Motion, Plaintiffs submit the affidavit from the lead attorney Jason T. Brown, attached hereto as **Ex. 3**, and a copy of the Plaintiffs' litigation costs, attached hereto as **Ex. 4**.

WHEREFORE, Plaintiffs pray that this Court will enter an Order approving the settlement. A proposed order is attached hereto.

Respectfully submitted this 15th day of August, 2018.

JTB LAW GROUP, LLC

By: *Jason T. Brown*
Jason T. Brown
jtb@jtblawgroup.com
Zijian Guan, *Pro Hac Vice*
cocozguan@jtblawgroup.com
155 2nd Street, Suite 4
Jersey City, NJ 07302
Phone: (877) 561-0000
Fax: (855) 582-5297
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Zijian Guan, certify that on August 15, 2018 I caused a true copy of the foregoing CONSENT MOTION FOR COLLECTIVE CERTIFICATION AND APPROVAL OF SETTLEMENT to be served upon the following counsel for Defendant via ECF generated notice:

>KREHER & TRAPANI LLP
>Frank P. Trapani
>frank@krehertrapani.com
>1325 Spruce Street
>Philadelphia, PA  19107
>Phone: (215) 907-7289

>/s/ Zijian Guan
>Zijian Guan