## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tiara Scotland and Janaya Outerbridge, Individually, and on Behalf of Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No.: 17-cv-5561-JD |
| v. | )<br>) |
| SH Restaurant, Inc., d/b/a Cedar Park Café, | )<br>) *Electronically Filed* |
| Defendants. | )<br>)<br>) |

### ORDER GRANTING CONSENT MOTION FOR COLLECTIVE CERTIFICATION AND APPROVAL OF SETTLEMENT

Before the Court is the Plaintiffs' Consent Motion for Collective Certification and Approval of Settlement. After consideration of the Motion, accompanying brief, and all supporting exhibits submitted, the Court finds the proposed settlement reached between the parties is fair and reasonable. Accordingly,

IT IS **ORDERED** that the Plaintiffs' Consent Motion for Collective Certification and Approval of Settlement is hereby **GRANTED**;

IT IS **ORDERED** that the Parties shall proceed according to the Settlement Agreement; and

IT IS **FURTHER ORDERED** that the proposed Notice of Settlement and Claim Form is hereby **APPROVED**, and should be sent out to the collective members no later than **SEPT 17**, 2018.

**IT IS SO ORDERED.**

SIGNED on this **7th** day of **SEPT**, 2018.

*Jan E. Dubois*
Jan E. Dubois
United States District Judge